IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

PATSY PARKER                                                                        PLAINTIFF

vs.                                                                                         No. 1:04CV79-D-D

GARY BRIDGES; and BRIDGES
DENTAL LABORATORY, INC.                                          DEFENDANTS


ORDER GRANTING IN PART AND DENYING IN PART
MOTIONS FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1)      the Defendants' motions for summary judgment (docket entries 44, 46, 51) are GRANTED IN PART and DENIED IN PART;

(2)      the motions are GRANTED as to the Plaintiff's claim for discharge in violation of public policy, and that claim is DISMISSED; and

(3)      the motions are denied in all other respects.

All memoranda, depositions, declarations, and other materials considered by the court in ruling on these motions are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the 5th day of August 2005.


                                                                                /s/ Glen H. Davidson
                                                                                Chief Judge